**Kenneth Long by Arthur J. Long, appellee, v. Chicago City Railway Company and Vickers Teaming & Transfer Company, appellants. Gen. No. 25,212.**

Action for injuries to person struck by street car and run over by wagon. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed with finding of fact. Opinion filed May 28, 1920.

Charles LeRoy Brown and Francis X. Busch, for appellants; John R. Guilliams and John E. Kehoe, of counsel. John A. Bloomingston and J. A. Arkin, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Sarah Rubin, plaintiff in error. Gen. No. 25,269.**

Conviction on charge of larceny. Error to the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed May 28, 1920.

Miles J. Devine and Charles S. Deneen, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

**National Service Company, appellant, v. Elsie Kuhn, appellee. Gen. No. 25,302.**

Bill for an injunction restraining employment of an artist. Decree dissolving interlocutory injunction and ordering payment of damages to defendant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed May 28, 1920.

Burkhalter & Newfield and Edwin White Moore, for appellant. Heffron, Perkinson and Berlett, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Arthur Bakeroff, plaintiff in error. Gen. No. 25,513.**

Charge of pandering. Plea of guilty and sentence. Error to the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed May 28, 1920.

Jacob Katz, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.